ACCEPTED
06-15-00022-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2015 4:17:21 PM
DEBBIE AUTREY
CLERK

APPEAL NO. 06-15-00022-CR

| | | |
|---|---|---|
| SONYA KAY HARGETT | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | SIXTH DISTRICT OF TEXAS |
| | § | |
| STATE OF TEXAS | § | TEXARKANA, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2015 4:17:21 PM
DEBBIE AUTREY
Clerk

**MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

COMES NOW, Jonathan Hyatt, and files his Motion for Extension of Time to File Appellee's Brief, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

I.

The Deadline for filing Appellee's Brief is July 6, 2015.

II.

The length of the extension sought is 30 days.

III.

Appellee relies on the following facts to reasonably explain said request for an extension:

A. Collateral duties within the District Attorney's Office require that counsel prepare for a jury trial with jury selection to commence on the due date of the Appellee Brief. Said case is *State v. Victor Dunn*, 2014-0838, Harrison County Court at Law.

1

B. Additional staff at the District Attorney's office is participating in a Capital Murder case set to begin on the due date of Appellee's brief. Incidentally, the Attorney for Appellant is participating in that case as well.

IV.

This is the first request for an extension to file Appellee's Brief.

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellee brief until August 5, 2015, which is thirty days from the current deadline.

Respectfully Submitted,

/s/ Jonathan Hyatt
Jonathan Hyatt
State Bar No. 24072161

ATTORNEY FOR APPELLEE
Harrison County District Attorney's Office
P.O. Box 776
Marshall, Texas 75671
Telephone No. (903) 935-8408
Facsimile No. (903) 938-9312
jonh@co.harrison.tx.us

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below, about the merits of this motion with the following results:

Jason Cassel, Attorney for Appellant, does not oppose this Motion.

/s/ Jonathan Hyatt
Jonathan Hyatt

## CERTIFICATE OF SERVICE

By affixing my signature below, I, Jonathan Hyatt, hereby certify that a true copy of Motion for Extension of Time to File Appellee's Brief has been provided to Jason Cassel, Attorney for Appellant, on July 1, 2015, by facsimile as provided by Rule 9.5(b) of the Texas Rules of Appellate Procedure.

/s/ Jonathan Hyatt
Jonathan Hyatt